# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY LYNN BROOKS**                                                          **PLAINTIFF**

v.                                    No. 4:22-cv-1206-DPM

**SUSAN POTTS, Jail Administrator,**
**Drew County Detention Facility and**
**MARK GOBER, Sheriff, Drew County**                              **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Brooks hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. His mail is being returned. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2023