# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY LYNN BROOKS**                                              **PLAINTIFF**

v.                         No. 4:22-cv-1206-DPM

**SUSAN POTTS, Jail Administrator,**
**Drew County Detention Facility and**
**MARK GOBER, Sheriff, Drew County**                               **DEFENDANTS**

## JUDGMENT

Brooks's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2023